

ORIGINAL

FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0184

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0184

MICHAEL DUNNE,

Petitioner,

v.

JIM SALMONSEN,

Respondent.

FILED

APR 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Self-represented Petitioner Michael Dunne has filed a Petition for Writ of Habeas Corpus, indicating that he is entitled to more credit for time served than he received. Dunne explains that the Eighteenth Judicial District Court, Gallatin County,[1] sentenced him on August 27, 2020, for an offense committed on January 23, 2020. Dunne states that he received only 50 days and argues for 217 days of credit from the date of arrest until sentencing. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Dunne personally.

DATED this 25th day of April, 2022.

_____
Justice

---

[1] Through counsel, Dunne appeals his other two criminal cases from Jefferson County and Butte-Silver Bow County, respectively. *See State v. M. Dunne*, No. DA 21-0092 and *State v. M. Dunne*, No. DA 21-0584.